UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-10015-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIAN FABIAN,

    Defendant.

_____

## O R D E R

THIS CAUSE is before the Court on the defendant **Damian Fabian's** Motion to Correct Pretrial Detention Order (DE 18), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the Motion to Correct Pretrial Detention Order is GRANTED. The Pretrial Detention Order (DE 17) is here by amended by deleting the first sentence of paragraph 3, p. 2, and substituting the following sentence:

> "The pertinent history and characteristics of the defendant are that he is a native of Mexico who moved from California to a South Florida address (which the defendant was unable to provide) one month prior to his arrest."

DONE AND ORDERED at Fort Lauderdale, Florida, this 5th day of June, 2007.

                                          LURANA S. SNOW
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ben Curtis (MIA)
AFPD Bob Berube (FTL)